B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Juana Alicia Melendez
aka Juana A Melendez Mercado

**BANKRUPTCY NO.** 2:10–bk–28260–BB

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4521
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 9/7/10

**Address:**
2096 E. 99th Pl., Apt 303
Los Angeles, CA 90002

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: September 7, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 03/09) VAN–30                                                                 11 – 6 / VMI

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: vmoodyC              Page 1 of 1                  Date Rcvd: Sep 07, 2010
Case: 10-28260                 Form ID: b18               Total Noticed: 25

The following entities were noticed by first class mail on Sep 09, 2010.
db         +Juana Alicia Melendez,   2096 E. 99th Pl., Apt 303,   Los Angeles, CA 90002-3149
smg         Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
26360054   +Arrow Financial Services, LLC,   PO BOX 1022,   Wixom, MI 48393-1022
26360057   +Central Credit Services,   PO BOX 15118,   Jacksonville, FL 32239-5118
26360061   +Equifax Credit Information,   Bankruptcy Notification,   PO BOX 740241,   Atlanta, GA 30374-0241
26360062   +Experian,   Bankruptcy Notification,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
26360063   +Fingerhut,   PO BOX 166,   Newark, NJ 07101-0166
26360065   +LA CURACAO,   1605 W. Olympic Blvd # 600,   Los Angeles, CA 90015-3860
26360066   +Mason Direct,   PO BOX 77001,   Madison, WI 53707-1001
26360067   +RADIO SHACK,   PROCESSSING CENTER,   Des Moines, IA 50364-0001
26360071   +The Children's Place,   Processing Center,   Des Moines, IA 50364-0001
26360073   +Trans Union Credit Bureau,   Bankruptcy Notification,   PO BOX 2000,   Chester, PA 19016-2000
26360074   +Wells Fargo Financial,   PO BOX 98791,   Las Vegas, NV 89193-8791

The following entities were noticed by electronic transmission on Sep 08, 2010.
smg         EDI: CALTAX.COM Sep 07 2010 22:13:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
26360056   +EDI: CHASE.COM Sep 07 2010 22:08:00      CARDMEMBER SERVICE,   PO BOX 94014,
             Palatine, IL 60094-4014
26360055   +EDI: CAPITALONE.COM Sep 07 2010 22:08:00      Capital One Bank  USA,   PO BOX 60599,
             City Of Industry, CA 91716-0599
26360058   +EDI: RMSC.COM Sep 07 2010 22:08:00      Chevron Texaco,   PO BOX 530950,   Atlanta, GA 30353-0950
26360059   +EDI: CITICORP.COM Sep 07 2010 22:08:00      Citi Bank, N.A.,   P.O. Box 6940,
             The Lakes, NV 88901-6940
26360060   +EDI: CITICORP.COM Sep 07 2010 22:08:00      Citi Cards,   PO BOX 9151,   Des Moines, IA 50306-9151
26360064   +EDI: RMSC.COM Sep 07 2010 22:08:00      JC Penney,   PO BOX 960090,   Orlando, FL 32896-0090
26360068   +EDI: RRSB.COM Sep 07 2010 22:13:00      Redline Recovery Services,   1145 Sanctuary Prkwy Ste 350,
             Alpharetta, GA 30009-4756
26360069   +EDI: HFC.COM Sep 07 2010 22:08:00      Reward zone Program Mastercard,   PO BOX 60102,
             City Of Industry, CA 91716-0102
26360070   +EDI: WTRRNBANK.COM Sep 07 2010 22:08:00      TARGET NATIONAL BANK,   PO BOX 59317,
             Minneapolis, MN 55459-0317
26360072   +EDI: WTRRNBANK.COM Sep 07 2010 22:08:00      Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2010**                **Signature:** _Joseph Speetjens_